**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
**kam@kam13trustee.com**

 

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| IN RE: | CHAPTER 13 |
|---|---|
| JOSHUA EVAN BAKER | CASE NO.  18-01597-TLM |

**TRUSTEE'S MOTION TO DISMISS WITH A BAR TO REFILING**

   COMES NOW, Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho, and in support of her Motion to Dismiss states as follows:

   1.  The Debtor filed herein a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code on December 10, 2018.

   2.  The Debtor has failed to file a Chapter 13 Plan as required by Rules 1007 and 3015 of the United States Bankruptcy Code.

   3.  This is now the sixth Chapter 13 case filed by this debtor since January 25, 2011.  Of his most recent cases, the Debtor filed case no. 16-00119 which on February 3, 2016.  This case was dismissed for failure to file a plan and schedules on March 30, 2016. Subsequently, the Debtor filed case no. 17-00317 which would be dismissed with a one year bar to refiling on May 16, 2017. When issuing said order, the court advised Debtor he could not file again within one year without representation of counsel. In an apparent attempt to circumvent the court's order the Debtor would file yet another Chapter 13 proceeding on January 8, 2018, case no. 18-00023, with representation by counsel. Nevertheless, the Debtor never filed a plan and this case would be dismissed on February 23, 2018.

  4. In the six Chapter 13 bankruptcy proceedings filed by this Debtor, with counsel or without, he has yet to file a Chapter 13 plan.

  5. The Debtor's serial filing of bankruptcy petitions that he does not intend to pursue are an abuse of the bankruptcy court.

  WHEREFORE, the Trustee respectfully requests that this case be dismissed with a two year bar to refiling.

  DATED: December 11, 2018

                **/s/** Kathleen McCallister
                **Kathleen McCallister, Trustee**

# CERTIFICATE OF SERVICE

**I, HEREBY CERTIFY** that on December 11, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Joshua Evan Baker
Pro Se

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Joshua Evan Baker
316 W Coldwater Ct
Eagle, ID 83616

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/  Matthew Mallard
　　　　　　　　　　　　　　　　　　　　　　　　　**Matthew Mallard, Case Administrator**