# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

IN RE:

JOSHUA EVAN BAKER,

                **Debtor**

CASE NO. 18-01597-TLM
CHAPTER 13

## ORDER OF DISMISSAL WITH A BAR TO REFILING

This matter coming on for hearing on the Trustee's Motion to Dismiss with a bar to refiling, and the Debtor appearing and withdrawing his objection to the Trustee's motion;

IT IS HEREBY ORDERED that this case is hereby dismissed. The Debtor shall be barred from refiling another case for two years from the date of this order unless he obtains an attorney to represent him in the subsequent case. // end of text//

DATED: February 22, 2019



_____
TERRY L. MYERS
U.S. BANKRUPTCY JUDGE

Submitted by:

/s/_____
Kathleen A. McCallister, Trustee